tion where the Commission found that she did not intend to make a threat.

We reverse the Commission's ruling and remand for calculation of the award Ms. Bostic is due.

LISA WHITE HARDWICK, P.J. and ROBERT G. ULRICH, J. concur.

Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).

■

Jeffory A. LAFIELD, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 67014.

Missouri Court of Appeals,
Western District.

March 20, 2007.

Andrew Allen Schroeder, Special Public Defender, North Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Robert J. Bartholomew, Asst. Atty. Gen., Jefferson City, MO, joins on the briefs, for Respondent.

Before JAMES M. SMART, JR., P.J., JOSEPH M. ELLIS, and EDWIN H. SMITH, JJ.

*Order*

PER CURIAM.

Jeffory Lafield appeals the denial of his post-conviction motion for relief based upon Rule 24.035 without an evidentiary hearing.

■

Robert D. SCHLUP, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 66882.

Missouri Court of Appeals,
Western District.

March 20, 2007.

Mark Allen Grothoff, State Public Defender Office, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun Mackelprang and Jayne T. Woods, Office of Attorney General, Jefferson City, for Respondent.

Before RONALD R. HOLLIGER, Presiding Judge, PAUL M. SPINDEN, Judge, and LISA WHITE HARDWICK, Judge.

**ORDER**

Robert Schlup ("Schlup") appeals the denial, following an evidentiary hearing, of his Rule 29.15 motion. Schlup claims that his trial counsel was ineffective by failing